FILED

Name: GODSON CHIDI OKORAFOR
Address: 1595 WEST GRAND AVENUE, POMONA, CA 91766
Phone: (404) 218-8924
Fax:

2022 AUG 15 PM 4:20

RS

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GODSON CHIDI OKORAFOR

Plaintiff

v.

ALLY FINANCIAL INC.

Defendant(s).

CASE NUMBER:

2:22-CV-05781-ODW-Ex

Complaint G.O

1) ALLY FINANCIAL INC. violated my rights as a consumer of the United States, I Godson Chidi Okorafor submitted a coupon and a promissory note to satisfy the monthly payment and the full debt they claim I owed them for the full amount on 05/19/2022, which they accepted (I specifically requested all ownership rights of the vehicle (2022 mercedes benz CLA 250) be handed over to me upon receiving and accepting the note which they held well over 30 days (there accepting the payment), yet ALLY FINANCIAL INC. refuses to honor the payment (legal tender).

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

2) I later sent them a conditional acceptance letter not arguing over the debt but kindly asking them to properly verify the debt along with a list of points to correctly respond to and provide the name, address of the actual creditor which they have also failed to provide, rebut or counter therefore accepting my claim of no debt to be valid.

3) The finance charge was not properly explained nor was the transaction 100% transparent during the consumer credit transaction. therefore failing to honor my rights, hence breaking the Truth In Lending Act Laws (they are also making claims to be the original creditor in the transaction without providing proper paperwork or documentation).

4) ALLY FINANCIAL INC. shared my non-public consumer credit transactions and history with non-affiliated 3rd party companies (credit reporting agencies) providing them unverified and unauthorized credit transactions and accounts. There actions haved caused me financial and mental duress, calling my phone

at times when I was at work.

I have been unable to obtain credit from other potential lenders and business partners due to there lawless actions. My mental health has been on a decline for the past few months

6) they have made claims they never received my promissory note, meanwhile I tracked the mail and its delivery. Therefor committing mail fraud / tampering which I made clear to them is a $500,000 fee by law. 18 USC 1708

08/15/2022

UCC-1-308
without prejudice
without recourse
All rights reserved

CV-127 (09-09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT